UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------X

NOEL TOREEZ, *individually*
*and on behalf of others similarly situated,*

CASE NO: 23-cv-02264

*Plaintiff,*

vs.

BRIANNA PIZZA OF N.Y., INC.,
d/b/a THE PIZZA PLACE, *a New York corporation*, and MARIO LOMBARDO, *an individual*,

*Defendants.*
------------------------------------------------------X

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

PLEASE TAKE NOTICE that Plaintiff, **NOEL TORREZ**, pursuant to Fed. R. Civ. P. 68, hereby accepts the Offer of Judgment made by Defendants, **BRIANNA PIZZA OF N.Y., INC., d/b/a THE PIZZA PLACE and MARIO LOMBARDO** dated August 28, 2023, which is attached hereto as Exhibit "A".

DATED this 30th day of August, 2023.

Respectfully Submitted,

LAW OFFICES OF NOLAN KLEIN, P.A.
Attorneys for Plaintiff
5550 Glades Road, Suite 500
Boca Raton, FL 33431
PH: (954) 745-0588

By: _____
NOLAN KLEIN, ESQ.
(NK 4223)
klein@nklegal.com
amy@nklegal.com

11