**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
NOEL TORREZ, individually and on behalf of
others similarly situated,

               Plaintiff,

  - against -                                    **JUDGMENT**
                                                       CV 23-2264 (JMA) (ARL)

BRIANNA PIZZA OF N.Y., INC., d/b/a
THE PIZZA PLACE, *a New York corporation*,
And MARIO LOMBARDO, *an individual*,

               Defendants.
------------------------------------------------------------------X

      A Notice of Acceptance of Offer of Judgment having been served by Plaintiff on August 21, 2023; accepting Defendants' August 28, 2023 offer to allow judgment against them in the amount of $6,500.00, inclusive of all damages, liquidated damages, statutory damages, penalties, compensatory damages, punitive damages, monetary damages, losses, interest, costs, and attorneys' fees, it is

      **ORDERED AND ADJUDGED** that judgment is entered in in favor of Plaintiff Noel Torrez against Defendants Brianna Pizza of N.Y., Inc., and Mario Lombardo in the amount of $6,500.00, inclusive of all damages, liquidated damages, statutory damages, penalties, compensatory damages, punitive damages, monetary damages, losses, interest, costs, and attorneys' fees; and that this case is closed.

Dated: September 6, 2023
       Central Islip, New York

                                                              BRENNA B. MAHONEY
                                                              CLERK OF COURT
                                                   By:   /s/ James J. Toritto
                                                              Deputy Clerk